**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-2381-BNB-MJW

FELIX A. DEJEAN, III, AND
CAROLYNE DEJEAN,,

    Plaintiff,

v.

COLLEN A. GROSZ, AS TRUSTEE OF THE DECLARATION OF TRUST FOR BENEFIT OF
COLLEEN A. GROSZ,
DATED 8/11/1989,
TIMOTHY C. RODELL, AN INDIVIDUAL, AND
MARJORIE M. RODELL, AN INDIVIDUAL,,

    Defendant.

---

## JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, judgment is hereby entered. Pursuant to the Order, docket entry #54 of Magistrate Judge Boyd N. Boland entered on 10/29/2014 it is ORDERED that  Judgment shall enter in favor of the DeJeans on their claim for declaratory relief as follows: The rights of the Rodells and Ms. Grosz to enforce the Benedict Single Family Dwelling Restriction with respect to Lot 5 is modified so that the benefit of the restrictive covenant does not preclude the use of Lot 5 for a residential duplex structure.

    Dated at Denver, Colorado this 30th day of October, 2014.

                                                   FOR THE COURT:
                                                 JEFFREY P. COLWELL, CLERK

                           By: s/   T.Schaffer
                                     T.Schaffer
                                     Deputy Clerk